

RECEIVED
AUG 11 2008
CHAMBERS OF
THEODORE H. KATZ
US MAGISTRATE JUDGE

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M.
Attorney



**MEMO ENDORSED**

Direct Telephone No.
212-416-8820

CRIMINAL JUSTICE DIVISION
Federal Habeas Corpus Section

August 11, 2008

BY HAND
Honorable Theodore H. Katz
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 1660
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/12/08

Re:    Mota v. Ekpe, No. 08 Civ. 3228 (RMB) (THK)

Your Honor:

I am an Assistant Attorney General in the office of Andrew M. Cuomo, Attorney General of the State of New York. By agreement with the New York County District Attorney's Office, I will be representing respondent in this habeas corpus proceeding. I am writing to request an additional three-week extension to answer the petition.

In May, Your Honor granted respondent's first request for an extension of time, and directed respondent to file his answer by August 25, 2008. I am now compelled to request a second extension, to September 15, 2008. The additional time is needed because I am preparing for a lengthy evidentiary hearing in another habeas matter, which is scheduled to begin in five weeks. In addition, by mid-September, I must answer petitions in four other habeas corpus matters.

I thank the Court for its consideration.

**MEMO ENDORSED**

Respectfully submitted,

*Jodi A. Danzig*

Jodi A. Danzig (JD-8126)
Assistant Attorney General

cc:    Mr. Pedro Mota (by U.S. mail)
04-A-1649
Watertown Correctional Facility
23147 Swan Road
Watertown, New York 13601-9340

*The response to the Petition shall be filed by 9/15/05. Any reply shall be filed by 10/3/08.*

**SO ORDERED**

8/12/08    *Theodore H. Katz*

THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

COPIES MAILED
TO COUNSEL OF RECORD ON 8/12/08

120 Broadway, New York, NY 10271 • Fax (212) 416-8010